# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MICHAEL WREN                                                                PLAINTIFF

v.                           No. 1:18CV00011 JLH

HAROLD ERWIN, *et al*.                                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 19th day of March, 2018.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE